IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:**  Clemons, Thomas | Case Number:  07 B 18974 |
| | Judge:  Wedoff, Eugene R |
| Printed: 11/18/08 | Filed:  10/15/07 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:    Dismissed: October 2, 2008
Confirmed: December 13, 2007

## SUMMARY OF RECEIPTS & DISBURSEMENTS

| | Receipts | Disbursements |
|---|---:|---:|
| | 1,050.00 | |
| Secured: | | 0.00 |
| Unsecured: | | 0.00 |
| Priority: | | 0.00 |
| Administrative: | | 988.35 |
| Trustee Fee: | | 61.65 |
| Other Funds: | | 0.00 |
| Totals: | 1,050.00 | 1,050.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---:|---:|
| 1. | Robert J Semrad & Associates | Administrative | 3,464.00 | 988.35 |
| 2. | CitiMortgage Inc | Secured | 0.00 | 0.00 |
| 3. | CitiMortgage Inc | Secured | 0.00 | 0.00 |
| 4. | Countrywide Home Loans Inc. | Secured | 2,374.00 | 0.00 |
| 5. | Illinois Dept Of Healthcare And Family | Priority | 10,610.57 | 0.00 |
| 6. | Illinois Dept of Revenue | Priority | 839.19 | 0.00 |
| 7. | Beneficial | Unsecured | 8,315.66 | 0.00 |
| 8. | City Of Chicago Dept Of Revenue | Unsecured | 3,078.00 | 0.00 |
| 9. | Illinois Dept of Revenue | Unsecured | 56.04 | 0.00 |
| 10. | B-Real LLC | Unsecured | 4,627.47 | 0.00 |
| 11. | Discover Financial Services | Unsecured | 4,216.43 | 0.00 |
| 12. | Portfolio Recovery Associates | Unsecured | 2,618.34 | 0.00 |
| 13. | ECast Settlement Corp | Unsecured | 10,954.27 | 0.00 |
| 14. | ECast Settlement Corp | Unsecured | 608.59 | 0.00 |
| 15. | City Of Chicago Dept Of Revenue | Unsecured | 3,548.00 | 0.00 |
| 16. | ECast Settlement Corp | Unsecured | 510.07 | 0.00 |
| 17. | RMI/MCSI | Unsecured | 250.00 | 0.00 |
| 18. | Citi Residential Lending Inc | Secured | | No Claim Filed |
| 19. | Illinois Dept Of Public Aid | Unsecured | | No Claim Filed |
| 20. | Medical Collections | Unsecured | | No Claim Filed |
| 21. | Medical Collections | Unsecured | | No Claim Filed |
| 22. | Social Security Administration | Unsecured | | No Claim Filed |
| | | | $ 56,070.63 | $ 988.35 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:**  Clemons, Thomas | Case Number:  07 B 18974 |
| | Judge:  Wedoff, Eugene R |
| Printed: 11/18/08 | Filed:  10/15/07 |

### TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 5.4% | 32.40 |
| 6.5% | 29.25 |
| | $ 61.65 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

